**Order entered September 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00147-CV

### SLD, LLP, Appellant

### V.

### DALLAS COUNTY, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-19-01904**

## ORDER

Before the Court is appellees' September 7, 2021 unopposed second motion for extension of time to file their brief. Appellees request a forty-five-day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than October 22, 2021.

/s/    CRAIG SMITH
       JUSTICE